**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Raymond Bradley NOTTINGHAM,**
**Jr., Defendant–Appellant.**

No. 02–6483.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 2, 2002.

Decided Oct. 16, 2002.

Raymond Bradley Nottingham, Jr., Appellant Pro Se. Michael A. Cauley, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WIDENER, NIEMEYER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Raymond Bradley Nottingham, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Nottingham has not made a substantial showing of the denial of a constitutional right. *See United States v. Nottingham*, Nos. CR–83–175–N; CA–01–512 (E.D.Va. Oct. 4, 2001). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*